EX PARTE FRANK PAGE.

No. 8004.   Decided October 31, 1923.

Habeas Corpus—Bail—Judgment.

    Where the facts justify the refusal of bail in a capital case, and it is also disclosed by the record that relator is now held under a judgment convicting him of the offense mentioned, the judgment must be affirmed.

    Appeal from the District Court of Montgomery.   Tried below before the Honorable J. M. Combs.
    Appeal from a Habeas Corpus proceeding denying bail, etc.
    The opinion states the case.

    *C. W. Nugent, J. W. Strode,* and *Foster & Williams,* for appellant.

    *R. G. Storey,* Assistant Attorney General, and *R. J. Sullivan,* District Attorney, for the State.

    MORROW, PRESIDING JUDGE.—Relator was indicted for the offense of murder; and having been denied bail by the District Judge, prosecuted this appeal, which reached this court in vacation.
    We deem it unnecessary to discuss the facts further than to say that they apparently justify the refusal of the bail.
    It is also disclosed that relator is now held under a judgment convicting him of the offense mentioned.
    The judgment is affirmed.

*Affirmed.*